**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

Please enter my appearance on behalf of Tri Boro Federal Credit Union in the above captioned matter. I request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for the creditor. All notices should be mailed to the following address:

**Brennan, Robins & Daley, P.C.**
**Attn: Jeffrey A. Golvash, Esquire**
**445 Fort Pitt Blvd - Suite 200**
**Pittsburgh, PA 15219**

Date: May 24, 2017          BY:    */s/ Jeffrey A. Golvash*
                                    Jeffrey A. Golvash, Esquire
                                    BRENNAN, ROBINS & DALEY, P.C.
                                    PA I.D. #86216
                                    Email: jgolvash@brd-law.com
                                    445 Fort Pitt Boulevard, Suite 200
                                    Pittsburgh, PA  15219
                                    (412) 281-0776
                                    Fax: (412) 281-2180

196176.1

# **DECLARATION IN LIEU OF AFFIDAVIT**
Regarding Request to be Added to the Mailing Matrix

      I am the Attorney for Tri Boro Federal Credit Union, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address shown on the preceding page should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supercedes and cancels all prior requests for notice by the within named creditor; and:

    (X)    that there are no other requests to receive notices on behalf of this creditor; or

    ( )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 24, 2017        BY:    */s/ Jeffrey A. Golvash*
                                        Jeffrey A. Golvash, Esquire
                                        BRENNAN, ROBINS & DALEY, P.C.
                                        PA I.D. #86216
                                        Email: jgolvash@brd-law.com
                                        445 Fort Pitt Boulevard, Suite 200
                                        Pittsburgh, PA  15219
                                        (412) 281-0776
                                        Fax: (412) 281-2180