**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankruptcy Case No.: 17–21310–GLT
                                                                                        Related to Docket No. 33
                                                                                        Chapter: 13
                                                                                        Docket No.: 34 – 33
                                                                                        Conciliation Conference Date: 11/16/17 at 11:00 AM

**Mathew E. Zupancic**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the **29th** day of **June**, **2017**, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on __June 29, 2017_____        /s/ Todd Thomas  _____
                    (Date)                                                    (Signature)

Todd Thomas Steidl & Steinberb, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-21310-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jun 29 09:06:09 EDT 2017 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial Lease Trust<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Cenlar Mortgage<br>PO Box 77404<br>Ewing, NJ 08628-6404 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Duquesne Light Companu<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 | Duquesne Light Company<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 |
| Gettington.com<br>c/o Jefferson Capital Systems<br>16 McLeland Road<br>Saint Cloud, MN 56303-2198 | Jeffrey A. Golvash<br>445 Fort Pitt Boulevard<br>Suite 500<br>Pittsburgh, PA 15219-1323 | IUP<br>1011 South Drive<br>Attn: Financial<br>Indiana, PA 15705-1046 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Stonegate Mortgage Corporation<br>4894 Greenville Avenue, Suite 800<br>Dallas, TX 75206-4120 | Tri Boro Federal Credit Union<br>600 E. 8th Avenue<br>Munhall, PA 15120-1900 | Tri-Boro Federal Credit Union<br>600 East Eighth Avenue<br>Munhall, PA 15120-1900 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Mathew E. Zupancic<br>4038 Irene Street<br>West Mifflin, PA 15122-2044 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company        (u)LakeView Loan Servicing, LLC        End of Label Matrix
                                                                        Mailable recipients    24
                                                                        Bypassed recipients     2
                                                                        Total                  26