**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Bankruptcy Case No.: 17–21310–GLT  
Related to Docket No. 36  
Chapter: 13  
Docket No.: 37 – 36  
Conciliation Conference Date: 11/16/17 at 11:00 AM

**Mathew E. Zupancic**
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the ___12th___ day of ___July___, __2017__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on ___July 12, 2017___    /s/ Todd Thomas  
        (Date)                              (Signature)

Todd Thomas  Steidl & Steinberg P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219  
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing      Ally Financial                         Ally Financial Lease Trust
0315-2                               PO Box 380901                          PO Box 130424
Case 17-21310-GLT                    Bloomington, MN 55438-0901             Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jul 12 08:32:19 EDT 2017

Peter J. Ashcroft                    Cenlar Mortgage                        Discover Bank
Bernstein-Burkley, P.C.              PO Box 77404                           Discover Products Inc
Suite 2200, Gulf Tower               Ewing, NJ 08628-6404                   PO Box 3025
Pittsburgh, PA 15219-1900                                                   New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC   Duquesne Light Companu                 Duquesne Light Company
PO BOX 3025                          411 Seventh Avenue                     411 Seventh Avenue
NEW ALBANY OH 43054-3025             Pittsburgh, PA 15219-1942              Pittsburgh, PA 15219-1942


Gettington.com                       Jeffrey A. Golvash                     IUP
c/o Jefferson Capital Systems        445 Fort Pitt Boulevard                1011 South Drive
16 McLeland Road                     Suite 500                              Attn: Financial
Saint Cloud, MN 56303-2198           Pittsburgh, PA 15219-1323              Indiana, PA 15705-1046


Office of the United States Trustee  Pennsylvania Dept. of Revenue          Peoples Gas Company
Liberty Center.                      Department 280946                      P.O. Box 644760
1001 Liberty Avenue, Suite 970       P.O. Box 280946                        Pittsburgh, PA 15264-4760
Pittsburgh, PA 15222-3721            ATTN: BANKRUPTCY DIVISION
                                     Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC      Peoples Natural Gas Company LLC        Kenneth Steidl
c/o S. James Wallace, P.C.           c/o S. James Wallace, P.C.             Steidl & Steinberg
845 N. Lincoln Ave.                  845 North Lincoln Avenue               Suite 2830 Gulf Tower
Pittsburgh, PA 15233-1828            Pittsburgh, PA 15233-1828              707 Grant Street
                                                                            Pittsburgh, PA 15219-1908

Stonegate Mortgage Corporation       Tri Boro Federal Credit Union          Tri-Boro Federal Credit Union
4894 Greenville Avenue, Suite 800    600 E. 8th Avenue                      600 East Eighth Avenue
Dallas, TX 75206-4120                Munhall, PA 15120-1900                 Munhall, PA 15120-1900


S. James Wallace                     James Warmbrodt                        Ronda J. Winnecour
845 N. Lincoln Avenue                KML Law Group, P.C.                    Suite 3250, USX Tower
Pittsburgh, PA 15233-1828            701 Market Street                      600 Grant Street
                                     Suite 5000                             Pittsburgh, PA 15219-2702
                                     Philadelphia, PA 19106-1541

Mathew E. Zupancic
4038 Irene Street
West Mifflin, PA 15122-2044
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company        (u)LakeView Loan Servicing, LLC        End of Label Matrix
                                                                       Mailable recipients    24
                                                                       Bypassed recipients     2
                                                                       Total                  26