## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No. 36, 41, 43 |
| | : | Responsive Deadline: Sept 1, 2017 |
| | : | Hearing Date: October 4, 2017 |
| Movant, | : | Hearing Time: 9:30 a.m. |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Jeffrey A. Golvash, of Brennan, Robins & Daley, P.C., certify that I am more than 18 years of age and that on August 15, 2017 I served by United States Mail, first class, postage prepaid, the Notice of Hearing with Response Deadline and a copy of the Motion for Relief from Automatic Stay filed in this proceeding on:

| | | |
|---|---|---|
| Mathew E. Zupancic | Ronda J. Winnecour, Esquire | Office of the U.S. Trustee |
| 4038 Irene St | Chapter 13 Trustee | 1001 Liberty Avenue, Suite 970 |
| West Mifflin, PA 15122 | USX Tower, Suite 3250 | Pittsburgh, PA 15222 |
| *Debtor* | 600 Grant Street | *U.S. Trustee* |
| | Pittsburgh, PA 15219 | |
| Kenneth Steidle, Esquire | *Trustee* | |
| Counsel for Debtor | | |
| 707 Grant Street | | |
| Pittsburgh, PA 15219 | | |
| *Debtor's Counsel* | | |

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: August 15, 2017        BY:    */s/ Jeffrey A. Golvash*
                                                                        Jeffrey A. Golvash, Esquire
                                                                        PA I.D. #86216
                                                                        Attorneys for Movant
                                                                        Email: jgolvash@brd-law.com
                                                                        445 Fort Pitt Boulevard, Suite 200
                                                                        Pittsburgh, PA  15219
                                                                        Phone: (412) 281-0776

197135.1