## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No. 36, 41, 43 |
| | : | Responsive Deadline: Sept 1, 2017 |
| | : | Hearing Date: October 4, 2017 |
| Movant, | : | Hearing Time: 9:30 a.m. |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE
AND MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Jeffrey A. Golvash, of Brennan, Robins & Daley, P.C., certify that I am more than 18 years of age and that on August 15, 2017 I served by United States Mail, first class, postage prepaid, the Notice of Hearing with Response Deadline and a copy of the Motion for Relief from Automatic Stay filed in this proceeding on:

Mathew E. Zupancic
4038 Irene St
West Mifflin, PA 15122
*Debtor*

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
*Trustee*

Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

Kenneth Steidle, Esquire
Counsel for Debtor
707 Grant Street
Pittsburgh, PA 15219
*Debtor's Counsel*

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: August 15, 2017       BY:   */s/ Jeffrey A. Golvash*
                                         Jeffrey A. Golvash, Esquire
                                         PA I.D. #86216
                                         Attorneys for Movant
                                         Email: jgolvash@brd-law.com
                                         445 Fort Pitt Boulevard, Suite 200
                                         Pittsburgh, PA  15219
                                         Phone: (412) 281-0776

197135.1