# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No. 41, 43, 46 |
| | : | Response Deadline: Sept 1, 2017 |
| | : | Hearing Date: October 4, 2017 |
| Movant, | : | Hearing Time: 9:30 a.m. |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on August 15, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 1, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 5, 2017    BY:/s/ Jeffrey A. Golvash
Jeffrey A. Golvash, Esquire
PA I.D. #86216
Email: jgolvash@brd-law.com
445 Fort Pitt Boulevard, Suite 200
Pittsburgh, PA 15219
(412) 281-0776

197392.1