**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No. 47 |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | | |

**CERTIFICATE OF SERVICE**
**OF**
**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM STAY**

I, Jeffrey A. Golvash, of Brennan, Robins & Daley, P.C., certify that I am more than 18 years of age and that on September 5, 2017 I served by United States Mail, first class, postage prepaid, the Certificate of No Objection Regarding Motion for Relief from Stay, filed in this proceeding on:

| | | |
|---|---|---|
| Mathew E. Zupancic | Ronda J. Winnecour, Esquire | Office of the U.S. Trustee |
| 4038 Irene St | Chapter 13 Trustee | 1001 Liberty Avenue, Suite 970 |
| West Mifflin, PA 15122 | USX Tower, Suite 3250 | Pittsburgh, PA 15222 |
| *Debtor* | 600 Grant Street | *U.S. Trustee* |
| | Pittsburgh, PA 15219 | |
| Kenneth Steidle, Esquire | *Trustee* | |
| Counsel for Debtor | | |
| 707 Grant Street | | |
| Pittsburgh, PA 15219 | | |
| *Debtor's Counsel* | | |

I certify under penalty of perjury that the foregoing is true and correct.
EXECUTED ON: September 5, 2017          BY:     */s/ Jeffrey A. Golvash*
                                                                                Jeffrey A. Golvash, Esquire
                                                                                PA I.D. #86216
                                                                                Attorneys for Movant
                                                                                Email: jgolvash@brd-law.com
                                                                                445 Fort Pitt Boulevard, Suite 200
                                                                                Pittsburgh, PA  15219
                                                                                Phone: (412) 281-0776

197393.1