**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No. 36, 52, 53 |
| | : | Responsive Deadline: Sept 25, 2017 |
| | : | Hearing Date: November 1, 2017 |
| Movant, | : | Hearing Time: 9:30 a.m. |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE**
**AND MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Marilyn Le, of Brennan, Robins & Daley, P.C., certify that I am more than 18 years of age and that on September 7, 2017 I served by United States Mail, first class, postage prepaid, the Notice of Hearing with Response Deadline and a copy of the Motion for Relief from Automatic Stay filed in this proceeding on:

| | | |
|---|---|---|
| Mathew E. Zupancic | Ronda J. Winnecour, Esquire | Office of the U.S. Trustee |
| 4038 Irene St | Chapter 13 Trustee | 1001 Liberty Avenue, Suite 970 |
| West Mifflin, PA 15122 | USX Tower, Suite 3250 | Pittsburgh, PA 15222 |
| *Debtor* | 600 Grant Street | *U.S. Trustee* |
| | Pittsburgh, PA 15219 | |
| Kenneth Steidle, Esquire | *Trustee* | |
| Counsel for Debtor | | |
| 707 Grant Street | | |
| Pittsburgh, PA 15219 | | |
| *Debtor's Counsel* | | |

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: September 7, 2017      BY:*/s/Marilyn Le*
Marilyn Le, Esquire
P.A. I.D. #314311
Attorneys for Movant
Email: m.le@brd-law.com
445 Fort Pitt Boulevard, Suite 200
Pittsburgh, PA  15219
Phone: (412) 281-0776

197135.1