Case 17-21310-GLT    Doc 55    Filed 09/09/17    Entered 09/10/17 00:51:14    FILED
Certificate of Notice    Page 1 of 3                                                      Desc Imaged
                                                                                          9/7/17 3:55 pm
                                                                                          CLERK
                                                                                          U.S. BANKRUPTCY
                                                                                          COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC : | Chapter 13 |
| : | |
| Debtor, : | |
| : | |
| TRI BORO FEDERAL CREDIT UNION, : | Related to Dkt. Nos. 41, 43, 44, 46, |
| : | 47 and 48 |
| : | |
| Movant, : | |
| : | |
| Vs. : | |
| : | |
| MATHEW E. ZUPANCIC and RONDA J. : | |
| WINNECOUR, ESQUIRE, TRUSTEE, : | |
| : | |
| Respondents. : | |

## ORDER OF COURT

On August 15, August 16, and September 5, the CM/ECF log-in and password for Filing User **Marilyn Le** was used to file the following *Documents* ("the *Documents*") in this bankruptcy case:

(1)  *Motion for Relief from the Automatic Stay* [Dkt. No. 41] ("the *Motion*");

(2)  *Notice of Hearing and Response Deadline Regarding the Motion* ("*Notice of Hearing*") [Dkt. No. 43];

(3)  *Certificate of Service of Notice of Hearing and the Motion* [Dkt. No. 44];

(4)  *Certificate of Service of Notice of Hearing and the Motion* [Dkt. No. 46];

(5)  *Certificate of No Objection Regarding Motion* [Dkt. No. 47];

(6)  *Certificate of Service of CNO* [Dkt. No. 48].

The *Documents* were electronically signed by *Jeffrey A. Golvash, Esquire*, using his "/s/" signature.

Counsel for Tri Boro Federal Credit Union is reminded that:

i. Pursuant to W.PA.LBR 5005-5, a "Filing User shall not voluntarily share, transfer or assign the use of his or her CM/ECF System log-in and/or password."

ii. Pursuant to W.PA.LBR 5005-6, the e-signature on the filed document must match that of the Filing User under whose log-in and password the document was submitted.

Counsel is directed to modify any internal procedures used to prepare, process and file documents to ensure compliance with these rules. To the extent future violations occur, the Court may be compelled to issue an *Order to Show Cause* to address any continued instances of non-compliance.

Dated: September 7, 2017

_____
GREGORY L. TADDONIO **cgt**
U.S. BANKRUPTCY JUDGE

Case Administrator to mail to:
Marilyn Le, Esq.
Jeffrey A. Golvash, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-21310-GLT
Mathew E. Zupancic                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil            Page 1 of 1              Date Rcvd: Sep 07, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
aty             +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,    Suite 500,    Pittsburgh, PA 15219-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        Kenneth Steidl    on behalf of Debtor Mathew E. Zupancic julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
       tcase.com
        Marilyn Le    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                 TOTAL: 7