# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| TRI BORO FEDERAL CREDIT UNION, | : | Related to Doc. No.  36, 52, 53, and 54 |
| | : | Response Deadline: Sept 25, 2017 |
| | : | Hearing Date: November 1, 2017 |
| Movant, | : | Hearing Time: 9:30 a.m. |
| v. | : | |
| MATHEW E. ZUPANCIC | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| | : | |
| Respondents. | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on September 7, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 25, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: September 26, 2017                    BY:/s/ Marilyn Le
                                             Marilyn Le, Esquire
                                             PA I.D. #314311
                                             Email: m.le@brd-law.com
                                             445 Fort Pitt Boulevard, Suite 200
                                             Pittsburgh, PA 15219
                                             (412) 281-0776

197392.1