FILED
9/27/17 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-21310-GLT |
| MATHEW E. ZUPANCIC, | |
| | Chapter 13 |
| Debtor. | |
| | |
| TRI BORO FEDERAL CREDIT UNION, | Related to Doc. No.52 |
| | Response Deadline: Sept 25, 2017 |
| | Hearing Date: November 1, 2017 |
| Movant, | Hearing Time: 9:30 a.m. |
| v. | |
| MATHEW E. ZUPANCIC | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| | |
| Respondents. | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this _27th Day of September___, 2017, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Tri Boro Federal Credit Union, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the 2013 Honda TRX500 Rubicon, VIN #1HFTE2666D4300153; that Movant does not have adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose its security interest and repossess the vehicle.

Prepared by: Marilyn Le, Esq.

_____
Gregory L. Taddonio    drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mathew E. Zupancic
    Debtor

Case No. 17-21310-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Sep 27, 2017
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
db         +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        Kenneth Steidl    on behalf of Debtor Mathew E. Zupancic julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
        nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
        einberg.com;r53037@no
        Marilyn Le    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                            TOTAL: 7