**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mathew E. Zupancic**
  Debtor(s)

Bankruptcy Case No.: 17–21310–GLT
Related to Docket No. 71
Chapter: 13
Docket No.: 73 – 71
Concil. Conf.: August 2, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **June 22, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 13, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 2, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 8, 2018

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 17-21310-GLT
Mathew E. Zupancic                                              Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0315-2        User: ctak              Page 1 of 2          Date Rcvd: May 08, 2018
                            Form ID: 213            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db            +Mathew E. Zupancic,    4038 Irene Street,   West Mifflin, PA 15122-2044
aty           +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,   Suite 500,   Pittsburgh, PA 15219-1323
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14393959      +Cenlar Mortgage,   PO Box 77404,    Ewing, NJ 08628-6404
14412603      +IUP,   1011 South Drive,    Attn: Financial,   Indiana, PA 15705-1046
14688150      +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
14393963       Peoples Gas Company,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14522348      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14393964      +Stonegate Mortgage Corporation,    4894 Greenville Avenue, Suite 800,   Dallas, TX 75206-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: mjoyce@triboro-fcu.org May 09 2018 01:57:40     Tri Boro Federal Credit Union,
               600 E. 8th Avenue,    Munhall, PA 15120-1900
14393958      +E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 01:56:33     Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
14406169       E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 01:56:33     Ally Financial Lease Trust,
               PO Box 130424,    Roseville MN 55113-0004
14393960       E-mail/Text: mrdiscen@discover.com May 09 2018 01:56:34     Discover Financial Services,
               PO Box 15316,   Wilmington, DE 19850
14398515       E-mail/Text: mrdiscen@discover.com May 09 2018 01:56:34     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14393961      +E-mail/Text: kburkley@bernsteinlaw.com May 09 2018 01:57:34     Duquesne Light Companu,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14412601      +E-mail/Text: kburkley@bernsteinlaw.com May 09 2018 01:57:34     Duquesne Light Company,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14393962      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 01:57:14     Gettington.com,
               c/o Jefferson Capital Systems,    16 McLeland Road,   Saint Cloud, MN 56303-2198
14680574       E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 01:57:14     Jefferson Capital Systems LLC,
               PO Box 7999,   St Cloud MN 56302-9617
14725019       E-mail/Text: camanagement@mtb.com May 09 2018 01:56:43     M&T BANK,   PO Box 62182,
               Baltimore, MD 21264-2182
14393965       E-mail/Text: mjoyce@triboro-fcu.org May 09 2018 01:57:40     Tri-Boro Federal Credit Union,
               600 East Eighth Avenue,    Munhall, PA 15120-1900
                                                                                            TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             LakeView Loan Servicing, LLC
cr             Lakeview Loan Servicing, LLC
14412598*     +Ally Financial,   PO Box 380901,   Bloomington, MN 55438-0901
14412597*     +Ally Financial,   PO Box 380901,   Bloomington, MN 55438-0901
14412599*     +Cenlar Mortgage,   PO Box 77404,   Ewing, NJ 08628-6404
14412600*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court:   Discover Financial Services,   PO Box 15316,   Wilmington, DE 19850)
14412602*     +Gettington.com,   c/o Jefferson Capital Systems,   16 McLeland Road,
               Saint Cloud, MN 56303-2198
14412604*      Peoples Gas Company,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14412605*     +Stonegate Mortgage Corporation,   4894 Greenville Avenue, Suite 800,   Dallas, TX 75206-4120
14412606*      Tri-Boro Federal Credit Union,   600 East Eighth Avenue,   Munhall, PA 15120-1900
                                                                                 TOTALS: 3, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: ctak              Page 2 of 2            Date Rcvd: May 08, 2018
                              Form ID: 213            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Mathew E. Zupancic julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Marilyn Le Lodico    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 8
```