IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mathew E. Zupancic, | ) | Case No. 17-21310 |
|     *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Mathew E. Zupancic, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-2800 | ) | |
|     *Movant* | ) | |
| | ) | |
|     *vs.* | ) | |
| | ) | Related to Document No. 76 |
| Independent Enterprises, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 12, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Mathew E. Zupancic
4038 Irene Street
West Mifflin, PA 15122

Independent Enterprises, Inc.
Attn: Payroll Dept.
5020 Thoms Run Rd.
Oakdale, PA 15071

Date of Service:    June 12, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com