# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MATHEW E. ZUPANCIC
**Case Number:** 17-21310-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 02, 2018 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#70 - Trustee's Certificate of Default to Dismiss
#78 - Response by Debtor
R / M #: 70 / 0

### Appearances:

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[RECEIVED stamp: 2018 AUG -2 P 2:40 CLERK US BANKRUPTCY COURT PITTSBURGH]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: COD (#70) withdrawn of light of proposed order

7/25/2018   3:46:40PM