IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mathew E. Zupancic, | ) | Case No. 17-21310 |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Mathew E. Zupancic, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-2800 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | Related to Document No. 85 |
| Independent Enterprises, Inc.  and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 8, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Mathew E. Zupancic
4038 Irene Street
West Mifflin, PA 15122

Independent Enterprises, Inc.
Attn: Payroll Dept.
5020 Thoms Run Rd.
Oakdale, PA 15071

Date of Service:     August 8, 2018     /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com