# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mathew E. Zupancic**
   Debtor(s)

Bankruptcy Case No.: 17–21310–GLT
Issued Per the Oct. 10, 2018 Proc.
Chapter: 13
Docket No.: 98 – 36
Concil. Conf.: January 10, 2019 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __15th__ day of __November__, _2018_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

   All parties listed on the attached mailing matrix.

Executed on __November 15, 2018__     __/s/ Kenneth Steidl__
          (Date)                         (Signature)

Kenneth Steidl, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        Ally Financial                         Ally Financial Lease Trust
0315-2                                  PO Box 380901                         PO Box 130424
Case 17-21310-GLT                       Bloomington, MN 55438-0901            Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Nov 15 10:22:17 EST 2018

Peter J. Ashcroft                       Cenlar Mortgage                       Discover Bank
Bernstein-Burkley, P.C.                 PO Box 77404                          Discover Products Inc
Suite 2200, Gulf Tower                  Ewing, NJ 08628-6404                  PO Box 3025
Pittsburgh, PA 15219-1900                                                     New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC      Duquesne Light Companu                Duquesne Light Company
PO BOX 3025                             411 Seventh Avenue                    411 Seventh Avenue
NEW ALBANY OH 43054-3025                Pittsburgh, PA 15219-1942             Pittsburgh, PA 15219-1942



Gettington.com                          Jeffrey A. Golvash                    IUP
c/o Jefferson Capital Systems           445 Fort Pitt Boulevard               1011 South Drive
16 McLeland Road                        Suite 500                             Attn: Financial
Saint Cloud, MN 56303-2198              Pittsburgh, PA 15219-1323             Indiana, PA 15705-1046



(p)JEFFERSON CAPITAL SYSTEMS LLC        Lakeview Loan Servicing, LLC          Marilyn Le Lodico
PO BOX 7999                             c/o Cenlar FSB                        Brennan, Robins & Daley, P.C.
SAINT CLOUD MN 56302-7999               425 Phillips Blvd                     Fort Pitt Commons Building, Suite 200
                                        Ewing, NJ 08618-1430                  445 Fort Pitt Boulevard
                                                                              Pittsburgh, PA 15219-1318


(p)M&T BANK                             Office of the United States Trustee   Pennsylvania Dept. of Revenue
LEGAL DOCUMENT PROCESSING               Liberty Center.                       Department 280946
626 COMMERCE DRIVE                      1001 Liberty Avenue, Suite 970        P.O. Box 280946
AMHERST NY 14228-2307                   Pittsburgh, PA 15222-3721             ATTN: BANKRUPTCY DIVISION
                                                                              Harrisburg, PA 17128-0946


Peoples Gas Company                     Peoples Natural Gas Company LLC       Peoples Natural Gas Company LLC
P.O. Box 644760                         c/o S. James Wallace, P.C.            c/o S. James Wallace, P.C.
Pittsburgh, PA 15264-4760               845 N. Lincoln Ave.                   845 North Lincoln Avenue
                                        Pittsburgh, PA 15233-1828             Pittsburgh, PA 15233-1828



Kenneth Steidl                          Stonegate Mortgage Corporation        Tri Boro Federal Credit Union
Steidl & Steinberg                      4894 Greenville Avenue, Suite 800     600 E. 8th Avenue
Suite 2830 Gulf Tower                   Dallas, TX 75206-4120                 Munhall, PA 15120-1900
707 Grant Street
Pittsburgh, PA 15219-1908


Tri-Boro Federal Credit Union           S. James Wallace                      James Warmbrodt
600 East Eighth Avenue                  845 N. Lincoln Avenue                 KML Law Group, P.C.
Munhall, PA 15120-1900                  Pittsburgh, PA 15233-1828             701 Market Street
                                                                              Suite 5000
                                                                              Philadelphia, PA 19106-1541


Ronda J. Winnecour                      Mathew E. Zupancic
Suite 3250, USX Tower                   4038 Irene Street
600 Grant Street                        West Mifflin, PA 15122-2044
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services          Jefferson Capital Systems LLC          M&T BANK
PO Box 15316                         PO Box 7999                            PO Box 62182
Wilmington, DE 19850                 St Cloud MN 56302-9617                 Baltimore, MD 21264-2182


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company            (u)LakeView Loan Servicing, LLC        (du)Lakeview Loan Servicing, LLC


End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31