FILED
12/4/18 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: 17-21310-GLT |
|---|---|---|
| | : | Chapter: 13 |
| Matthew E. Zupancic, | : | Related to Dkt. No. 93 |
| | : | |
| | : | Date: 12/5/2018 |
| *Debtor(s).* | : | Time: 10:00 |

### ORDER

In recognition of the President of the United States having designated December 5, 2018 as a National Day of Mourning for Former President George H.W. Bush, Chief Judge Carlota Böhm has ordered that the United States Bankruptcy Court for the Western District of Pennsylvania will be closed for business on Wednesday, December 5, 2018.

NOW, THEREFORE, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all Chapter 13 matters scheduled to be heard on December 5, 2018 are continued to **December 11, 2018**. All matters will be heard at the same time as the previously scheduled hearing.

**DATED:** 12/3/2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

{Order Continuing Hearings to 12-11}

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-21310-GLT
Mathew E. Zupancic                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Dec 04, 2018
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
```
db         +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044
aty        +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,    Suite 500,    Pittsburgh, PA 15219-1323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: mjoyce@triboro-fcu.org Dec 05 2018 03:01:15      Tri Boro Federal Credit Union,
              600 E. 8th Avenue,    Munhall, PA 15120-1900
                                                                                                 TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth    Steidl    on behalf of Debtor Mathew E. Zupancic julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Marilyn Le Lodico    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 8
```