IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

In re:  : Case No.: 17-21310-GLT  **DEC 11 2018**
 : Chapter: 13
Mathew E. Zupancic :
 : CLERK, U.S. BANKRUPTCY COURT
 : WEST DIST. OF PENNSYLVANIA
 : Date: 12/11/2018
*Debtor(s).* : Time: 10:00

## PROCEEDING MEMO

*MATTER:*    #93 - Continued Motion for Relief from Automatic Stay by Tri Boro FCU

*APPEARANCES:*

   Debtor:   Abagale Steidl
   Trustee:   Jana Pail
   Tri Boro FCU:   Jeffrey Golvash

*NOTES:*

Golvash: Debtor has filed an amended plan providing for 100% payment of our unsecured claim. I would ask for 60 days on this Motion to make sure the plan payments are being made.

Steidl: The continuance would not be necessary because the debtor's old employer was not remitting to the trustee. The new employer has been remitting every month and with the December payment the debtor will either be current or ahead on the plan.

*OUTCOME:*

1. The Motion for Relief [Dkt. No. 93] is continued to January 16, 2019 at 9:00 a.m. If the plan is confirmed, the Motion for Relief wil be denied (Text order to issue).

**DATED:** 12/11/2018