IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mathew E. Zupancic, | ) | Case No. 17-21310 |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Mathew E. Zupancic, | ) | Related to Document No. 119 |
| Social Security No. XXX-XX-2800 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| A. Folino Construction and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 3, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Mathew E. Zupancic  
4038 Irene Street  
West Mifflin, PA 15122  

A. Folino Construction  
Attn: Payroll Dept.  
109 Dark Hollow Road  
Oakmont, PA 15139  

Date of Service:    May 3, 2019

/s/ Kenneth M. Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965