Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mathew E. Zupancic** : | Case No. 17−21310−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Docket No. 122 |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 24th of September, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 17-21310-GLT
Mathew E. Zupancic                                                  Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas                   Page 1 of 2         Date Rcvd: Sep 24, 2019
                             Form ID: 309                 Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db             +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044
aty            +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,    Suite 500,   Pittsburgh, PA 15219-1323
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14393959       +Cenlar Mortgage,    PO Box 77404,   Ewing, NJ 08628-6404
14412603       +IUP,    1011 South Drive,    Attn: Financial,   Indiana, PA 15705-1046
14688150       +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,   Ewing, NJ 08618-1430
14393963        Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14522348       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14393964       +Stonegate Mortgage Corporation,    4894 Greenville Avenue, Suite 800,    Dallas, TX 75206-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: mjoyce@triboro-fcu.org Sep 25 2019 03:22:58    Tri Boro Federal Credit Union,
                 600 E. 8th Avenue,   Munhall, PA 15120-1900
14393958       +EDI: GMACFS.COM Sep 25 2019 06:58:00    Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
14406169        EDI: GMACFS.COM Sep 25 2019 06:58:00    Ally Financial Lease Trust,   PO Box 130424,
                 Roseville MN 55113-0004
14393960        EDI: DISCOVER.COM Sep 25 2019 06:58:00    Discover Financial Services,   PO Box 15316,
                 Wilmington, DE 19850
14398515        EDI: DISCOVER.COM Sep 25 2019 06:58:00    Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH   43054-3025
14393961       +E-mail/Text: kburkley@bernsteinlaw.com Sep 25 2019 03:22:52    Duquesne Light Companu,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14412601       +E-mail/Text: kburkley@bernsteinlaw.com Sep 25 2019 03:22:52    Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14393962       +EDI: JEFFERSONCAP.COM Sep 25 2019 06:58:00    Gettington.com,   c/o Jefferson Capital Systems,
                 16 McLeland Road,   Saint Cloud, MN 56303-2198
14680574        EDI: JEFFERSONCAP.COM Sep 25 2019 06:58:00    Jefferson Capital Systems LLC,   PO Box 7999,
                 St Cloud MN 56302-9617
14725019        E-mail/Text: camanagement@mtb.com Sep 25 2019 03:22:15    M&T BANK,   PO Box 62182,
                 Baltimore, MD 21264-2182
14393965        E-mail/Text: mjoyce@triboro-fcu.org Sep 25 2019 03:22:58    Tri-Boro Federal Credit Union,
                 600 East Eighth Avenue,   Munhall, PA 15120-1900
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              LakeView Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
14412598*      +Ally Financial,    PO Box 380901,   Bloomington, MN 55438-0901
14412597*      +Ally Financial,    PO Box 380901,   Bloomington, MN 55438-0901
14412599*      +Cenlar Mortgage,    PO Box 77404,   Ewing, NJ 08628-6404
14412600*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,     PO Box 15316,   Wilmington, DE 19850)
14412602*      +Gettington.com,    c/o Jefferson Capital Systems,   16 McLeland Road,
                 Saint Cloud, MN 56303-2198
14412604*       Peoples Gas Company,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14412605*      +Stonegate Mortgage Corporation,    4894 Greenville Avenue, Suite 800,   Dallas, TX 75206-4120
14412606*       Tri-Boro Federal Credit Union,    600 East Eighth Avenue,   Munhall, PA 15120-1900
                                                                                  TOTALS: 3, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas                Page 2 of 2           Date Rcvd: Sep 24, 2019
                              Form ID: 309              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:

```
          James     Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          James     Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Kenneth   Steidl     on behalf of Debtor Mathew E. Zupancic julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Marilyn Le Lodico    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```