**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MATHEW E. ZUPANCIC | Case No.:17-21310 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/31/2017 and confirmed on 06/08/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,600.20 |
| Less Refunds to Debtor | 450.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,149.74 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,189.38 | |
|     Trustee Fee | 1,078.98 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,268.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 13,643.34 | 0.00 | 13,643.34 |
|     Acct: 8517 | | | | |
|   M & T BANK | 8,811.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 8517 | | | | |
|   TRI BORO FEDERAL CREDIT UNION* | 0.00 | 0.00 | 64.79 | 64.79 |
|     Acct: 3497 | | | | |
| | | | | 13,708.13 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATHEW E. ZUPANCIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATHEW E. ZUPANCIC | 450.46 | 450.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 2,189.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-21310 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| ALLY FINANCIAL LEASE TRUST | 13,684.64 | 8,799.98 | 0.00 | 8,799.98 |
| Acct: 7919 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 373.27 | 0.00 | 373.27 |
| Acct: 6549 | | | | |
| M & T BANK | 425.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8517 | | | | |
| | | | | 9,173.25 |
| Unsecured | | | | |
| DISCOVER BANK(*) | 1,532.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7705 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 364.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |
| IUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,742.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5994 | | | | |
| TRI BORO FEDERAL CREDIT UNION* | 5,001.99 | 0.00 | 0.00 | 0.00 |
| Acct: 3497 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STONEGATE MORTGAGE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHELLE ZUPANCIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 22,881.38 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 14,109.64 | |
| SECURED | 8,811.21 | |
| UNSECURED | 9.641.08 | |

Date: 11/07/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com